# COMPOSITE EXHIBIT A

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Jonathan Mitchell__ declare as follows:
(Name)

I am the __owner/attorney__ of American Financial Law Group, LLC ("AFLG").
(Title)

As such, I am a duly authorized agent of AFLG and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of AFLG, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __1__ day of __May__, 2018

Signature: _____
Print Name: __Jonathan Mitchell__
Title: __Owner/Attorney__
On behalf of American Financial Law Group, LLC

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, <u>Kenneth S. Ingber, Esq.</u> declare as follows:
(Name)
I am the <u>counsel of record</u> of Apex Legal Group, PC ("Apex").
(Title)
As such, I am a duly authorized agent of Apex and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of Apex, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>30th</u> day of <u>April</u>, 2018

Signature: _____
Print Name: ___Kenneth S. Ingber, Esq.___
Title: __Partner__
*On behalf of Apex Legal Group, PC*

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, John Lin-Nielsen declare as follows:
(Name)

I am the Manager of Assurance Consumer Services, LLC ("ACS").
(Title)

As such, I am a duly authorized agent of ACS and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of ACS, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of April, 2018

Signature: _____
Print Name: John Lin-Nielsen
Title: Manager
On behalf of Assurance Consumer Services, LLC

Notary Public State of Florida
Ada E Negron
My Commission GG 007183
Expires 06/29/2020

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Jenssen Varela__ declare as follows:
(Name)

I am the __managing member__ of Consumer Capital Advocates, LLC ("CCA").
(Title)

As such, I am a duly authorized agent of CCA and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of CCA, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __30__ day of __April__, 2018

Signature: _____
Print Name: __Jenssen Varela__
Title: __managing member__
On behalf of Consumer Capital Advocates, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STATE OF MISSISSIPPI *ex rel.* JIM HOOD,
Attorney General of the State of Mississippi                                              PLAINTIFF

VS.                                                                    CIVIL ACTION NO. _____

GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,
US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,
AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL
CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID
& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,
GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,
ASSURANCE CONSUMER SERVICES, LLC                                        DEFENDANTS

## CONSENT AND JOINDER IN NOTICE OF REMOVAL
## BY TIMBERLINE FINANCIAL, LLC

COMES NOW the Separate Defendant, TIMBERLINE FINANCIAL, LLC ("Timberline"), and files this, its *Consent and Joinder in Notice of Removal*, and in support thereof, would show unto the Court the following, to-wit:

The undersigned H. Hunter Twiford III and Stephen T. Masley, McGlinchey Stafford, PLLC, are the attorneys of record for Timberline in the case styled *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.* Case No. 25CH1:18-cv-00371-PDW, initially filed in the Chancery Court of Hinds County, First Judicial District, Mississippi. In accordance with 28 U.S.C § 1446(b)(2)(A), Timberline hereby gives its consent to the removal of said case to the United States District Court for the Southern District of Mississippi, and joins the Notice of Removal filed by Global Client Solutions, LLC and Global Holdings, LLC. The undersigned counsel of record for Timberline are formally acting on behalf of Timberline by executing this consent, and have the specific authority from Timberline to do so. *See Getty Oil Corp. v. Insurance Company of North*

*America*, 841 F.2d 1254, 1262 (n. 11)(5th Cir. 1988); *Chapman v. RevClaims, LLC*, 2018 WL 893866 at *2-4 (S.D. Miss. February 14, 2018); *Mendoza v. Hicks*, 2015 WL 13532727 at *1-2 (E.D. La. June 17, 2015).

THIS, the 2nd day of May, 2018.

Respectfully submitted,

**TIMBERLINE FINANCIAL, LLC**

By: _____
H. HUNTER TWIFORD III
One of its Attorneys

**OF COUNSEL:**

H. Hunter Twiford III (MSB No. 8162)
Stephen T. Masley (MSB No. 101870)
**MCGLINCHEY STAFFORD, PLLC**
1020 Highland Colony Parkway, Suite 702
Ridgeland, Mississippi 39157
Phone: (769) 524-2323; (769) 524-2313
Fax: (601) 608-7968; (601) 510-9788
Email: htwiford@mcglinchey.com; smasley@mcglinchey.com

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, Shawn Burdick, declare as follows:

I am the President of GRT Financial, Inc. ("GRT").

As such, I am a duly authorized agent of GRT and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of GRT, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2018.

Signature: _____
Print Name: Shawn Burdick
Title: President
*On behalf of GRT Financial, Inc.*

02960058

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, Thomas A. Moore, declare as follows:

I am the sole shareholder and owner of Moore Legal Center, PC ("MLC").

As such, I am a duly authorized agent of MLC and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of MLC, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2018

Signature: *[signed] Thomas A. Moore*

Print Name: Thomas A. Moore
Title: Owner

*On behalf of Moore Legal Center, PC*

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, <u>Kenneth S. Ingber, Esq.</u> declare as follows:
(Name)
I am the <u>attorney of record</u> of US Legal Services Group PC ("USLG").
(Title)
As such, I am a duly authorized agent of USLG and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of USLG, to the removal of the case styled as *State of Mississippi ex rel. Jim Hood, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, Cause No. G-18-371 from the Chancery Court of Hinds County, First Judicial District, Mississippi, to the United States District Court for the Southern District of Mississippi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>30th</u> day of <u>April</u>, 2018

Signature: _____
Print Name: __Kenneth S. Ingber, Esq.__
Title: __Partner__
*On behalf of US Legal Services Group PC*

| | |
|---|---|
| **From:** | Stone, Adam <astone@joneswalker.com> |
| **Sent:** | Tuesday, May 01, 2018 1:33 PM |
| **To:** | Meredith Leonard |
| **Cc:** | Pickett, Kaytie; Madrak, Elizabeth; Murphy, Stacey |
| **Subject:** | MS v. Global et al - Removal and consent |

Meredith,

My clients Robert S. Gitmeid and The Law Offices of Robert S. Gitmeid & Assoc., PLLC consent to removal of this case by Global. We will also file a Notice of Consent immediately following your filing of the Notice of Removal. Please let me know if you need anything else.

adam