# COMPOSITE EXHIBT B

**Mississippi Electronic Courts**
**Fifth Chancery Court District (Hinds Chancery Court - Jackson)**
**CIVIL DOCKET FOR CASE #: 25CH1:18-cv-00371**

STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS v. GLOBAL CLIENT SOLUTIONS,LLC et al
Assigned to: Patricia D. Wise

Date Filed: 03/19/2018
Current Days Pending: 44
Total Case Age: 44
Jury Demand: None
Nature of Suit: 62 Other Statutes/Rules

**Plaintiff**

**STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS**

represented by **Jason Graeber**
2496 Pass Rd.
BILOXI, MS 39531
228-207-7117
Fax: 228-207-8634
Email: jason@jasongraeberlaw.com
*ATTORNEY TO BE NOTICED*

**John G Corlew**
Corlew Munford &
4450 Old Canton Road
Suite 111
JACKSON, MS 39211
601-366-1106
Fax: 601-366-1052
Email: jcorlew@cmslawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GLOBAL CLIENT SOLUTIONS,LLC**

**Defendant**

**GLOBAL HOLDINGS,LLC**

**Defendant**

**US LEGAL SERVICES GROUP**

**Defendant**

**P.C.**

**Defendant**

**APEX LEGAL GROUP, P.C.**

**Defendant**

**AMERICAN FINANCIAL LAW GROUP, LLC**

**Defendant**

**MOORE LEGAL CENTER, P.C.**

**Defendant**

**THE LAW OFFICES OF ROBERT S. GETMEID & ASSOC., PLLC**

**Defendant**

**ROBERT S. GITMEID**

**Defendant**

**TIMBERLINE FINANCIAL,LLC**

represented by **H Hunter Twiford, III**
McGlinchey Stafford, PLLC
1020 Highland Colony Parkway, Suite 702
RIDGELAND, MS 39157
769-524-2300
Fax: 601-608-7968
Email: htwiford@mcglinchey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen T. Masley**
McGlinchey Stafford, PLLC
P.O. Drawer 22949

JACKSON, MS 39225
769-524-2300
Fax: 601-510-9788
Email: smasley@mcglinchey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ASSURANCE CONSUMER SERVICES,LLC**

**Defendant**

**GRT FINANCIAL, INC**

**Defendant**

**CONSUMER CAPITAL ADVOCATES,LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2018 | 2 | COMPLAINT against AMERICAN FINANCIAL LAW GROUP, LLC, APEX LEGAL GROUP, P.C., ASSURANCE CONSUMER SERVICES,LLC, GLOBAL CLIENT SOLUTIONS,LLC, GLOBAL HOLDINGS,LLC, MOORE LEGAL CENTER, P.C., P.C., ROBERT S. GITMEID, THE LAW OFFICES OF ROBERT S. GETMEID & ASSOC., PLLC, TIMBERLINE FINANCIAL,LLC, US LEGAL SERVICES GROUP, filed by STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS. (Attachments: # 1 Civil Cover Sheet,) (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 3 | SUMMONS Issued for service upon US LEGAL SERVICES GROUP. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 4 | SUMMONS Issued for service upon TIMBERLINE FINANCIAL,LLC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 5 | SUMMONS Issued for service upon THE LAW OFFICES OF ROBERT S. GETMEID & ASSOC., PLLC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 6 | SUMMONS Issued for service upon ROBERT S. GITMEID. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 7 | SUMMONS Issued for service upon MOORE LEGAL CENTER, P.C.. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 8 | SUMMONS Issued for service upon GRT FINANCIAL, INC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 9 | SUMMONS Issued for service upon GLOBAL HOLDINGS,LLC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 10 | SUMMONS Issued for service upon GLOBAL CLIENT SOLUTIONS,LLC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 11 | SUMMONS Issued for service upon ASSURANCE CONSUMER SERVICES,LLC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 12 | SUMMONS Issued for service upon AMERICAN FINANCIAL LAW GROUP, LLC. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 13 | SUMMONS Issued for service upon APEX LEGAL GROUP, P.C.. (TS) (Entered: 03/19/2018) |
| 03/19/2018 | 14 | SUMMONS Issued for service upon CONSUMER CAPITAL ADVOCATES,LLC. (TS) (Entered: 03/19/2018) |
| 03/27/2018 | 15 | NOTICE of Appearance by Jason Graeber on behalf of STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS (Graeber, Jason) (Entered: 03/27/2018) |
| 03/28/2018 | 16 | SUMMONS Returned Executed by STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS. *Re:* ** 8 SUMMONS Issued for service upon GRT FINANCIAL, INC (TS)** GRT FINANCIAL, INC served on 3/28/2018, answer due 4/27/2018. Service type: Personal (Corlew, John) (Entered: 03/28/2018) |
| 04/27/2018 | 18 | NOTICE of Appearance by H Hunter Twiford, III on behalf of TIMBERLINE FINANCIAL,LLC (Twiford, H Hunter) (Entered: 04/27/2018) |
| 04/27/2018 | 19 | NOTICE of Appearance by Stephen T. Masley on behalf of TIMBERLINE FINANCIAL,LLC (Masley, Stephen) (Entered: 04/27/2018) |

# IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

Eddie Jean Carr

Chancery Clerk

Chancery Clerk's Office, 316 S. President St.,
Jackson, MS 39201
6019686540

Receipt No. 6047          Date: 3/19/2018

Received From:   CORLEW MUNFORD & SMITH PLLC
Transaction Type: Filing Fee
Payment:        Check - 4993
Clerk:           Tameka Simmons
Comments:

| Case No. | Case title | Amount Paid | |
|---|---|---|---|
| 25CH1:18-cv-00371 | STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS v. GLOBAL CLIENT SOLUTIONS,LLC et al | **Total fee:** | **$148.00** |
| | | Clerk: | $75.00 |
| | | Judicial: | $40.00 |
| | | Elec. Court: | $10.00 |
| | | Legal Asst: | $5.00 |
| | | Educ and Train: | $2.00 |
| | | Court Constit: | $0.50 |
| | | Court Reporter: | $10.00 |
| | | Court Adm: | $2.00 |
| | | Law Library: | $2.50 |
| | | Archive: | $1.00 |

**FILED**

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK

BY _____ D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

STATE OF MISSISSIPPI *ex rel.*
JIM HOOD, Attorney General of
the State of Mississippi                                    **PLAINTIFF**

V.                                          Cause No. G-18-371 w/4

GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,
US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,
AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL
CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID
& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,
GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,
ASSURANCE CONSUMER SERVICES, LLC                    **DEFENDANTS**

## COMPLAINT

COMES NOW Jim Hood, Attorney General of the State of Mississippi, on behalf of the State of Mississippi (the "State"), by and through the undersigned counsel, and files this Complaint against Defendants Global Client Solutions, LLC ("Global"); Global Holdings LLC ("Global Holdings"); US Legal Services Group, P.C. ("US Legal"); Apex Legal Group, P.C. ("Apex"); American Financial Law Group, LLC ("American"); Moore Legal Center, P.C. ("Moore"); the Law Offices of Robert S. Gitmeid & Associates, PLLC ("Gitmeid & Associates"); and Robert S. Gitmeid ("Gitmeid") Timberline Financial, LLC ("Timberline"), GRT Financial, Inc. ("GRT"), Consumer Capital Advocates, LLC ("CCA"), Assurance Consumer Services, LLC, ("Assurance") (collectively hereinafter referred to as "Defendants") and would show unto the Court the following:

## INTRODUCTION

1.      This action is brought on behalf of the State in the interest of Mississippi consumers who are victims of Defendants' deceptive business practices, to enjoin Defendants

1

from such business practices and to recover damages and other losses incurred by Mississippi consumers.[1]

2.      The Defendants claim to provide debt relief or debt management services to consumers. The "services," however, are illusory. Consumers pay heavy fees and continue to experience the debt problems which caused them to seek help. Many are forced into bankruptcy. Global aids and assists other Defendants in the promotion and carrying out of debt management programs so that Global can enrich itself with fees.

3.      The so-called debt management "services" provided and promoted by Defendants violate the Mississippi Consumer Protection Act and the Mississippi Debt Management Services Act.

### JURISDICTION & VENUE

4.      Jurisdiction and venue are proper in this Court pursuant to Miss. Code §§ 75-24-9 and Miss. Code Ann. 81-22-17.

### PARTIES

5.      The Attorney General brings this action on behalf of the State pursuant to Miss. Const. art. 6, § 173; Miss. Code Ann. § 7-5-1; Miss. Code Ann. § 75-24-9; and Miss. Code § 81-22-17(a).

6.      Global is a limited liability company organized under the laws of the State of Oklahoma amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

7.      Global Holdings is a limited liability company organized under the laws of the State of Oklahoma amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

8.      US Legal is a professional corporation organized under the laws of the State of

---

[1] The Attorney General is not seeking damages under Miss. Code § 75-24-15. The Attorney General seeks to protect the citizens of Mississippi and recover an award for the citizens affected by the alleged conduct.

California and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

9.      Apex is a professional corporation organized under the laws of the State of California and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

10.     American is a limited liability company organized under the laws of the State of Florida and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

11.     Gitmeid & Associates is a professional service limited liability company organized under the laws of the State of New York and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

12.     Robert S. Gitmeid is a citizen of the State of New York and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

13.     Moore Legal Center, P.C. is a professional corporation organized under the laws of the State of California and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

14.     Timberline is a limited liability company organized under the laws of the State of Delaware and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

15.     GRT is a corporation organized under the laws of the State of Michigan and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

16.     CCA is a limited liability company organized under the laws of the State of Florida and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

17.     Assurance is a limited liability company organized under the laws of the State of Florida and amenable to suit in Mississippi pursuant to Miss. Code § 13-3-57.

**FACTUAL ALLEGATIONS**

18.     Global is a for-profit company which receives and holds funds of consumer debtors for the purpose of making partial payment to consumer creditors. It acts in concert with

3

other debt management service providers ("DMSPs"), including the other Defendants, to carry out activities integral to the debt management "service" marketed to consumers, including approximately 2,000 Mississippi consumers.

19.     Global Holdings is the alter ego of Global. It shares common officers, common office space, common ownership and/or common board of directors. Global and Global Holdings do not observe corporate formalities and their actions described herein are fraudulent and misrepresent themselves to consumers. Consumer expectations as to the party with whom they are dealing are frustrated. Global is thinly capitalized and is a separate corporate entity to avoid liability to consumers who incur damages because of the actions described herein.

20.     Global's partnership with DMSPs has generated hundreds of complaints from or on behalf of consumers concerning fees paid in connection with debt management services. Despite these complaints, Global continues to transmit unlawful advance fees to DMSPs, including fees paid by Mississippi consumers.

21.     The Defendants are preying on Mississippi consumers by luring them into a debt management program the Defendants know is not a viable option for resolution of consumer debts.

22.     The Defendants market their debt management program as a low-cost/affordable debt management option. However, their up-front fees only ensure the Defendants benefit from the program regardless of the result for the consumer. Global knowingly participates with the DMSPs in this scheme. The partnership between Global and the DMSPs is deceptive and misleads Mississippians and violates the Mississippi Consumer Protection Act.

23.     The Defendants promise help, yet no assistance is provided until their excessive up-front fees are paid. As a result, Mississippians lose valuable resources on the Defendants'

debt management program.  Many of these Mississippians are either judgment proof or would be better off seeking bankruptcy relief.

24.    The Defendants' scheme begins with solicitation materials going to Mississippi consumers from the DMSPs. Mississippi consumers are then required to sign a standardized debt management contract and standardized special purpose/dedicated account application as prepared by and supplied by Global.

25.    After consumers enroll in the debt management program, the DMSPs instruct consumers to stop making payments towards their unsecured debts and instead to make monthly payments to Global for deposit into the consumers' special purpose/dedicated account.

26.    Some of the DMSPs partnering with Global masquerade as law firms claiming to provide legal services.  Global and these DMSPs use the word "law firm" and "legal services" to mislead Mississippians into thinking they are retaining a lawyer.

27.    The Defendants' claim of providing legal services is a ploy to evade regulation under the Mississippi Debt Management Service Act, Miss. Code Ann. §81-22-3(c). These misrepresentations make Mississippi consumers believe they are dealing with attorneys.

28.    Some of the DMSPs partnering with Global claim to provide pay day loan assistance.

29.    Representations by Defendants that they provide legal service or pay day loan assistance are illusory.  These claims misrepresent the debt settlement programs and conceal the actual relationship between Global and DMSPs.

30.    The Defendants purport to provide a list of services to Mississippi consumers, including, but not limited to: advice, counseling, attorney review, access to a local attorney, their best efforts, debt negotiation, debt settlements, and fair debt collection practices act case referral.

**Special Purpose/Dedicated Account ("Special Purpose Account")**

31.    Global represents that it operates independently from the DMSPs. However, Global and the DMSPs are partners in this debt management scheme.

32.    Mississippi consumers make payments each month to Global. The monthly payments made by Mississippi consumers cover three things: (i) the DMSPs' fee for debt management services; (ii) Global's fee for account-maintenance services; and (iii) the consumers' savings, which are set aside for future settlements of the consumers' debts, as negotiated by the DMSPs ("special purpose accounts").

33.    Global's so-called special purpose accounts are an integral part of the debt management program. In fact, the special purpose accounts are devices required by DMSPs in their contracts with Mississippi consumers.

34.    In addition to the contracts with DMSPs, Mississippi consumers sign a separate special purpose account application with Global wherein Global is retained as agent, custodian, and fiduciary of the consumers to establish, manage, and maintain a sub-account and perform activities with respect to the special purpose account.

35.    Structurally, special purpose accounts are sub-accounts managed by Global, which reflect the beneficial interest of the individual consumer participating in a debt management program.

36.    The program works as follows:

   a) Consumers sign a retainer agreement with DMSPs wherein consumers are required to use Global's services to enroll in the program.

   b) Consumers sign a separate, but related agreement with Global which, among other things, acknowledges that Global's special purpose account is facilitating the debt settlement program.

> c) Monthly payments are collected by Global. The payments are used by Global, the DMSPs and the consumers' creditors.

37.     Global financially benefits from the creation of the special purpose accounts as it imposes upon Mississippians fees and charges beyond those already charged by the DMSPs. Those fees are:

> Account Setup (one-time fee) $9.00
> Monthly Service Charge $9.85
> Incoming Wire Transfer $10.00
> Outgoing Wire Transfer $15.00
> 2nd Day Delivery $10.00
> Overnight Delivery $20.00
> Phone Payment $1.50
> Stop Payment Order $17.50

38.     The special purpose accounts also benefit the DMSPs. First, the special purpose accounts secure monthly payments from consumers for purposes of paying excessive upfront debt management fees. Second, the special purpose accounts serve as an artifice for evading the Mississippi Debt Management Services Act governing debt management fees through the pretense that the DMSPs do not receive the consumers' debt management payments.

39.     In the unlikely event that heavily indebted Mississippians financially survive the DMSPs' excessive upfront fees, the special purpose accounts are supposed to accumulate funds from which the DMSPs attempt negotiations with the consumers' creditors.

40.     At the time Global transmits fees, it knows, based on its own account records, that it has not yet transmitted any funds from consumers' special purpose account to a creditor. Global thus knows that it is transmitting fees to DMSPs that have not yet settled the consumers' debts, and that the DMSPs are not entitled to a fee.

**The "Debt Management Services" Do Not Work**

41.     The fundamental problem with the debt management services provided to

7

Mississippians by the Defendants is that they simply do not work. The Defendants know that the failure rate is 80% to 90%.[2] However, despite their failure rate, the Defendants continue to market their services and promote the concept of debt management to vulnerable Mississippians as a viable debt resolution option.

42.     The predatory nature of the Defendants' fees are such that consumers' monthly payments are consumed by the costs of the debt settlement programs during the first several months of the program, and are substantially consumed by such fees throughout the remainder of their participation in the program. This predatory business scheme is designed to financially enrich Defendants.

43.     Defendants siphon money away from hard-working Mississippians by promising them debt relief that will never come.

**COUNT I.**

**VIOLATIONS OF THE MISSISSIPPI CONSUMER PROTECTION ACT**

44.     The allegations in the foregoing paragraphs of this complaint are realleged and incorporated herein by reference.

45.     At all times relevant to this Complaint, the Defendants were engaged in the trade or commerce of providing debt management services for use by Mississippi consumers.

46.     By engaging in the acts and practices alleged herein, the Defendants made or caused to be made to Mississippi consumers, directly or indirectly, representations which when viewed by a reasonable consumer are material, false, and likely to mislead in violation of Miss. Code Ann. § 75-24-5.

47.     The Defendants violated the Mississippi Consumer Protection Act by, among

---

[2]*Henderson v. Legal Helpers Debt Resolution, L.L.C. (In re Huffman)*, 505 B.R. 726, 767, (Bankr. S.D. Miss. 2014).

other things:

    a) Representing debt management services to Mississippians as a viable option for resolution of consumer debt; See Miss. Code Ann. §§ 75-24-5 (2) (b), (c), (e), (g), (i)

    b) Taking fees from Mississippians before actual services are performed; See Miss. Code Ann. §§ 75-24-5 (2) (g), (i) and (k)

    c) Taking fees from Mississippians under the guise of providing legal services; See Miss. Code Ann. §§ 75-24-5 (2) (a), (b), (c), (d), (e), (g), (i) and (j)

    d) Misrepresenting the true relationship between Global and the DMSPs; See Miss. Code Ann. §§ 75-24-5 (2) (a), (b), (c), (d), (e), (g), (i) and (j)

    e) Offering to serve and serving as a custodian of for a deceptive program that secures debt management payments from Mississippians and pays fees through illegal contracts; See Miss. Code Ann. §§ 75-24-5 (2) (b), (c), (e), (g), (i) and (j)

    f) Establishing, maintaining, and managing special purpose accounts as an artifice to evade state regulations governing the debt management industry, including Miss. Code Ann. §81-22-3(c); See Miss. Code Ann. §§ 75-24-5 (2) (a), (b), (c), (d), (e), (g), (i) and (j)

48.    The Defendants knowingly and willfully engaged in unfair and deceptive business practices as alleged herein which directly and proximately caused substantial injury to consumers within the State of Mississippi.

49.    The Defendants knowingly and willfully violated Miss. Code Ann. § 75-24-5 and their acts and practices alleged herein constitute unfair and deceptive trade practices as they are defined in said statute.

50.    Pursuant to Miss. Code Ann. § 75-24-19, the State seeks a reasonable civil penalty for each violation in an amount authorized by Miss. Code Ann. § 75-24-5; injunctive relief pursuant to Miss. Code Ann. § 75-24-9, to prohibit future use of Defendants' unfair or deceptive business practices; disgorgement of all revenues from their improper practices pursuant to Miss. Code Ann. § 75-24-11 and § 75-24-19; and such other equitable relief as the

Court deems proper.

## COUNT II.

### VIOLATIONS OF THE MISSISSIPPI DEBT MANAGEMENT SERVICES ACT

51.     The allegations in the foregoing paragraphs of this complaint are realleged and incorporated herein by reference.

52.     The Mississippi Debt Management Services Act was designed to protect Mississippi consumers from unscrupulous debt management service providers like the Defendants.

53.     Each Defendant is a "debt management service provider" as defined by Miss. Code Ann. § 81-22-3 and are engaging in debt management services in the State of Mississippi.

54.     In exchange for a fee, the Defendants:

    a) Receive money from consumers for the purpose of distributing one or more payments to or among one or more creditors of consumers in full or partial payment of the consumers' obligations;

    b) Arrange or assist consumers to arrange for the distribution of one or more payments to or among one or more creditors of consumers in full or partial payment of the consumers' obligations;

    c) Exercise control, directly or indirectly, or arranging for the exercise of control over funds of consumers for the purpose of distributing payments to or among one or more creditors of consumers;

    d) Act or offer to act as an intermediary between consumers and one or more creditors of consumers for the purpose of adjusting, compromising, negotiating, settling, discharging or otherwise deferring, reducing or altering the terms of payment of the consumers' obligations.

55.     The Defendants' acts are unfair, unconscionable and deceptive and are in violation of Miss. Code Ann. § 81-22-23(1).

56.     The Defendants' fees are in excess of the amounts allowed by § 81-22-13.

57.     The Defendants have failed to comply with the disclosure requirements of Miss.

10

Code Ann. § 81-22-11 and failed to properly handle consumer funds pursuant to Miss. Code Ann. § 81-22-9.

58.     The Defendants did not provide Mississippi consumers with a licensed attorney engaged in the practice of law in Mississippi to provide "debt management service" as defined by Miss. Code Ann. § 81-22-3.

59.     The Defendants failure to register with Mississippi Department of Banking and Consumer Finance or secure a bond is a violation of Miss. Code Ann. § 81-22-5 and § 81-22-7.

60.     The Defendants engage in false advertising in violation of Miss. Code Ann. § 81-22-21.

61.     Pursuant to Miss. Code Ann. § 81-22-23(2)(b), the Attorney General seeks a reasonable civil penalty for each violation in an amount authorized by Miss. Code Ann. § 81-22-23; injunctive relief pursuant to Miss. Code Ann. § 81-22-23(2)(a), to prohibit future unfair or deceptive business practices; disgorgement of all revenues from their improper practices pursuant to Mississippi common law; and such other equitable relief as this Court deems proper.

## COUNT III.

### PUNITIVE DAMAGES

The actions of each Defendant as hereinabove described were intentional, grossly negligent, evidence a willful, wanton and reckless disregard for the rights of Mississippi Consumers and constitute actual fraud. Plaintiff is entitled to recover punitive damages.

### PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff, the State requests the following relief from this Honorable Court:

A.     An order by the Court that, by the acts alleged herein, the Defendants engaged in unfair and deceptive business practices in the course of engaging in the trade or

11

commerce of debt management services within the State of Mississippi in violation of the Mississippi Consumer Protection Act, Miss. Code Ann. § 75-24-1, *et seq.*;

B.   An order by the Court that, by the acts alleged herein, the Defendants violated the Mississippi Debt Management Services Act, Miss. Code Ann. §81-22-1 *et seq.*

C.   An injunction pursuant to Miss. Code Ann. § 75-24-9 and Miss Code Ann. § 81-22-23(2)(a) enjoining the Defendants from engaging in any acts that violate the Mississippi Consumer Protection Act and/or Mississippi Debt Management Services Act, including, but not limited to, the unfair and deceptive acts and practices alleged herein;

D.   An order requiring the Defendants submit to an accounting to determine the amount of improper fees paid to the Defendants as a result of their unfair and deceptive trade practices and acts and disgorge those ill-gotten gains;

E.   An order pursuant to Miss. Code Ann. § 75-24-19(1)(b) directing the Defendants to pay a reasonable civil penalty for each violation of the Mississippi Consumer Protection Act in an amount authorized by the § 75-24-5;

F.   An order pursuant to Miss. Code Ann. §81-22-23 directing the Defendants to pay a reasonable civil penalty for each violation of the Mississippi Debt Management Services Act as authorized by Miss. Code Ann. § 81-22-23(2)(b).

G.   An order directing the Defendants to pay attorneys' fees and costs of this action; and;

H.   Such other relief as this Court deems just and equitable in the premises.

**PLAINTIFF, STATE OF MISSISSIPPI, ex rel. JIM HOOD, ATTORNEY GENERAL**

By: _____

John Corlew
Corlew Munford & Smith, PLLC
4450 Old Canton Road, Suite 111
Jackson, MS 39211-5990
Telephone: (601) 366-1106
Facsimile: (601) 366-1052
MSB No.: 6526
jcorlew@cmslawyers.com

12

*Of Counsel*

George W. Neville MSB No. 3822
Jacqueline Ray MSB No. 100169
Special Assistant Attorneys General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
Phone/Fax 601-359-3680 / 601-359-2003
gnevi@ago.state.ms.us
jacra@ago.state.ms.us

Jason Graeber
2496 Pass Road
Biloxi, Mississippi 39531
Telephone:  (228) 207-7117
Facsimile:  (228) 207-8634
MSB No.:  101267
jason@jasongraeberlaw.com

13

**COVER SHEET** 1:18-cv-003... Court Identification Docket # 2-1   Filed 03/19/2018   Page Number

| | Court Identification Docket | | | | Case Number | | | |
|---|---|---|---|---|---|---|---|---|

**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| 2 | 5 | 1 | | C | H | | | 2 | 0 | 1 | 8 | | | 3 | 7 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

County #   Judicial District   Court ID (CH, CI, CO)

Local Docket ID

| 0 | 3 | | 1 | 9 | | 1 | 8 |
|---|---|---|---|---|---|---|---|

Month   Date   Year

Mississippi Supreme Court   Form AOC/01
Administrative Office of Courts   (Rev 2016)   This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CHANCERY ▼   Court of HINDS   County — FIRST ▼ Judicial District

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing   [ ] Reinstated   [ ] Foreign Judgment Enrolled   [ ] Transfer from Other court   [ ] Other
[ ] Remanded   [ ] Reopened   [ ] Joining Suit/Action   [ ] Appeal

**Plaintiff - Party(ies) initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual

_____   _____   _____   ____   ____
Last Name   First Name   Maiden Name, if applicable   M.I.   Jr/Sr/III/IV

[X] Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of State of Mississippi, Jim Hood, Attorney General of the State of Mississippi

[ ] Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

Business

_____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

[ ] Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

Address of Plaintiff   c/o JOHN G. Barlow, LH450 old Canton Rd. Ste 111, Jackson MS 39211

Attorney (Name & Address)   JOHN G. Barlow, LH450 old Canton Rd, Ste 111,   MS Bar No. 6526
Jackson, ms 39211

[ ] Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual

_____   _____   _____   ____   ____
Last Name   First Name   Maiden Name, if applicable   M.I.   Jr/Sr/III/IV

[ ] Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

[ ] Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business   Global Client Solutions, LLC
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

[ ] Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

Attorney (Name & Address) - If Known   MS Bar No.

[ ] Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial |
|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) |
| [ ] Child Support | [ ] Business Dissolution |
| [ ] Contempt | [ ] Debt Collection |
| [ ] Divorce: Fault | [ ] Employment |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment |
| [ ] Domestic Abuse | [ ] Garnishment |
| [ ] Emancipation | [ ] Replevin |
| [ ] Modification | [ ] Other _____ |
| [ ] Paternity | **Probate** |
| [ ] Property Division | [ ] Accounting (Probate) |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship |
| [ ] Other _____ | [ ] Guardianship |
| **Appeals** | [ ] Heirship |
| [ ] Administrative Agency | [ ] Intestate Estate |
| [ ] County Court | [ ] Minor's Settlement |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title |
| [ ] Justice Court | [ ] Name Change |
| [ ] MS Dept Employment Security | [ ] Testate Estate |
| [ ] Municipal Court | [ ] Will Contest |
| [ ] Other _____ | [ ] Alcohol/Drug Commitment (Probate) |

| Children/Minors - Non-Domestic | |
|---|---|
| [ ] Alcohol/Drug Commitment (Mental) | |
| [ ] Other | |
| [ ] Adoption - Contested | |
| [ ] Adoption - Uncontested | |
| [ ] Consent to Abortion | |
| [ ] Minor Removal of Minority | |
| [ ] Other | |
| **Civil Rights** | |
| [ ] Elections | |
| [ ] Expungement | |
| [ ] Habeas Corpus | |
| [ ] Post Conviction Relief/Prisoner | |
| [ ] Other | |
| **Contract** | |
| [ ] Breach of Contract | |
| [ ] Installment Contract | |
| [ ] Insurance | |
| [ ] Specific Performance | |
| [ ] Other | |
| **Statutes/Rules** | |
| [ ] Bond Validation | |
| [ ] Civil Forfeiture | |
| [ ] Declaratory Judgment | |
| [X] Injunction or Restraining Order | |
| [X] Other MCA § 75-24-1 | |

| Real Property | |
|---|---|
| [ ] Adverse Possession | |
| [ ] Ejectment | |
| [ ] Eminent Domain | |
| [ ] Eviction | |
| [ ] Judicial Foreclosure | |
| [ ] Lien Assertion | |
| [ ] Partition | |
| [ ] Tax Sale: Confirm/Cancel | |
| [ ] Title Boundary or Easement | |
| [ ] Other | |
| **Torts** | |
| [ ] Bad Faith | |
| [ ] Fraud | |
| [ ] Intentional Tort | |
| [ ] Loss of Consortium | |
| [ ] Malpractice - Legal | |
| [ ] Malpractice - Medical | |
| [ ] Mass Tort | |
| [ ] Negligence - General | |
| [ ] Negligence - Motor Vehicle | |
| [ ] Premises Liability | |
| [ ] Product Liability | |
| [ ] Subrogation | |
| [ ] Wrongful Death | |
| [X] Other Punitives | |

MCA §91-22-3

Case: 25CH1:18-cv-00371    Document #: 2-1    Filed: 03/19/2018    Page 2 of 5
IN THE <u>CHANCERY</u> ☑ COURT OF <u>HINDS</u>     ☑ COUNTY, MISSISSIPPI

<u>FIRST</u>          ☑ JUDICIAL DISTRICT, CITY OF <u>Jackson</u>

Docket No._____ - _____ _____     Docket No. If Filed
        File Yr      Chronological No.     Clerk's Local ID     Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of 4 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ (_____ ) _____ _____
          Last Name        First Name     Maiden Name, if Applicable   Middle Init.  Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business ___Global Client Holdings, LLC_____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ (_____ ) _____ _____
          Last Name        First Name     Maiden Name, if Applicable   Middle Init.  Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business ___US Legal Services Group, P.C._____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ (_____ ) _____ _____
          Last Name        First Name     Maiden Name, if Applicable   Middle Init.  Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

Business ___Apex Legal Group, P.C._____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓) .

IN THE <u>CHANCERY</u> ⏷ COURT OF <u>HINDS</u>　　　⏷ COUNTY, MISSISSIPPI

<u>FIRST</u>　　　　⏷ JUDICIAL DISTRICT, CITY OF <u>Jackson</u>

Docket No.＿＿＿＿ - ＿＿＿＿＿＿＿ ＿＿＿＿＿＿＿　　Docket No. If Filed
　　　　　File Yr　　Chronological No.　　Clerk's Local ID　　Prior to 1/1/94 ＿＿＿＿＿＿＿＿＿＿

**DEFENDANTS IN REFERENCED CAUSE - Page $2$ of $4$ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # $5$ :**

Individual: ＿＿＿＿＿＿＿＿＿ ＿＿＿＿＿＿＿＿＿ (＿＿＿＿＿＿＿＿＿) ＿＿＿＿ ＿＿＿＿
　　　　　　　Last Name　　　　First Name　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　Estate of ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　D/B/A ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Business ＿American Financial Law Group, LLC＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　Enter legal name of business, corporation, partnership, agency - If corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

　D/B/A ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

ATTORNEY FOR THIS DEFENDANT: ＿＿＿＿ Bar # or Name: ＿＿＿＿＿＿＿＿＿＿Pro Hac Vice (✓)＿＿ Not an Attorney(✓)＿＿＿

**Defendant # $6$ :**

Individual: ＿＿＿＿＿＿＿＿＿ ＿＿＿＿＿＿＿＿＿ (＿＿＿＿＿＿＿＿＿) ＿＿＿＿ ＿＿＿＿
　　　　　　　Last Name　　　　First Name　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　Estate of ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　D/B/A ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Business ＿Moore Legal Center, P.C.＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

　D/B/A ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

ATTORNEY FOR THIS DEFENDANT: ＿＿＿＿ Bar # or Name: ＿＿＿＿＿＿＿＿＿＿Pro Hac Vice (✓)＿＿ Not an Attorney(✓)＿＿＿

**Defendant # $7$ :**

Individual: ＿＿＿＿＿＿＿＿＿ ＿＿＿＿＿＿＿＿＿ (＿＿＿＿＿＿＿＿＿) ＿＿＿＿ ＿＿＿＿
　　　　　　　Last Name　　　　First Name　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　Estate of ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　D/B/A ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Business ＿The Law Offices of Robert S. Gitmeid And Associates, PLLC＿
　　　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

　D/B/A ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

ATTORNEY FOR THIS DEFENDANT: ＿＿＿＿ Bar # or Name: ＿＿＿＿＿＿＿＿＿＿Pro Hac Vice (✓)＿＿ Not an Attorney(✓)＿＿＿

IN THE CHANCERY ⯆ COURT OF HINDS ⯆ COUNTY, MISSISSIPPI

FIRST ⯆ JUDICIAL DISTRICT, CITY OF Jackson

Docket No._____ - _____ _____    Docket No. If Filed
          File Yr     Chronological No.   Clerk's Local ID    Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 3 of 4 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # 8 :**

Individual: __Gitmed_____  __Robert_____  ( __S._____ )  _____  _____
                 Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 9 :**

Individual: _____  _____  ( _____ )  _____  _____
               Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** __Timber line  Financial, LLC_____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 10 :**

Individual: _____  _____  ( _____ )  _____  _____
               Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** __GRT Financial, Inc._____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

Case: 25CH1:18-cv-00371   Document #: 2-1   Filed: 03/19/2018   Page 5 of 5

IN THE <u>CHANCERY</u>  ☑ COURT OF <u>HINDS</u>   ☑ COUNTY, MISSISSIPPI

<u>FIRST</u>   ☑ JUDICIAL DISTRICT, CITY OF Jackson

Docket No._____ - _____  _____
　　　　　　File Yr　　　Chronological No.　　　Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

☐ **DEFENDANTS IN REFERENCED CAUSE - Page 4 of 4 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # 11 :**

**Individual:** _____ _____ ( _____ ) _____ _____
　　　　　　　　Last Name　　　First Name　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** Consumer Capital Advocates, LLC
　　　　　Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 12 :**

**Individual:** _____ _____ ( _____ ) _____ _____
　　　　　　　　Last Name　　　First Name　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** Assurance Consumer Services, LLC
　　　　　Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ ( _____ ) _____ _____
　　　　　　　　Last Name　　　First Name　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　　Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**

**PLAINTIFF**

**V.**

Cause No. _G-18-371 w/4_

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,
US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,
AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL
CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID
& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,
GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,
ASSURANCE CONSUMER SERVICES, LLC**

**DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:   US Legal Services Group, P.C.
      1 Sansome Street #3500
      San Francisco, CA 94104

      OR

      Speiegel & Utrera, P.A.
      4727 Wilshire Blvd, Suite 601
      Los Angeles, CA 900105



FILED

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK

BY _T. Simmons_ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990.  Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of
_March_, 2018.

CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: _T. Simmons_, D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**

**PLAINTIFF**

**V.**

Cause No. G-18-371 w/4

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**

**DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:   Timberline Financial, LLC
      200 West 39th Street, Suite 11
      New York, New York 10018

      Or

      VCORP Services, LLC
      1013 Centre Road, Suite 403-B
      Wilmington, Delaware 19805

      Or

      Ryan Sasson, CEO of Timberline Financial, LLC
      200 West 39th Street, Suite 11
      New York, New York 10018

**F I L E D**

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK
BY /. Simmons D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,

Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the 19th day of March, 2018.



CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: T. Simmons , D.C.

Case: 25CH1:18-cv-00371    Document #: 5    Filed: 03/19/2018    Page 1 of 2

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**                                                  **PLAINTIFF**

**V.**                                                          Cause No. *G-18-371-w/4*

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**                            **DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:    The Law Offices of Robert S. Gitmeid & Associates, PLLC
       2081 East 8th Street,
       Brooklyn, NY 11223

       OR

       The Law Offices of Robert S. Gitmeid & Associates, PLLC
       11 Broadway, Suite 1677
       New York, NY 10004



FILED

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK
BY _____ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of _March_, 2018.

CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: _T. Simmons_, D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**                                    **PLAINTIFF**

**V.**                                        Cause No. ⟨7-18- 371-4/4

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**            **DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:   Robert S. Gitmeid
      2081 East 8th Street,
      Brooklyn, NY 11223

      OR

      Robert S. Gitmeid
      11 Broadway, Suite 1677
      New York, NY 10004



F I L E D

MAR 1 9 2018

EDDIE JEAN CARR CHANCERY CLERK
BY _____ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

    You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of _March_, 2018.

CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: _____, D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**                                                **PLAINTIFF**

**V.**                                                Cause No. $G$-$18$-$371$ $^w/_f$

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**                     **DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:     Moore Legal Center, P.C.
        2401 Hall Street SW, Suite 134
        Grand Rapids, MI 49503

        Or

        Moore Legal Center, P.C.
        1120 Sycamore Avenue, Suite 2F
        Vista, CA 92081
        Attn: Thomas H. Moore



FILED

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK
BY J. Simmons D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the __19th__ day of __March__, 2018.



CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: ___T. Simmons___, D.C.



## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**

                                                                    **PLAINTIFF**

**V.**                                      Cause No. *G-18- 371 w/4*

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**                    **DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:    GRT Financial, Inc.
       26711 Northwestern Hwy, Ste 375
       Southfield, MI  48033
       Attn:  Shawn Burdick, President

       OR

       C.T. Corporation
       645 Lakeland Drive East, Ste 101
       Flowood, MS  39232



FILED

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK

BY _____ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990.  Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

ISSUED, UNDER MY HAND AND SEAL of said Court, this the 19th day of March , 2018.

CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: *T. Simmons* , D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
the State of Mississippi

**PLAINTIFF**

**V.**                                                    Cause No. _G-18- 371 w/4_

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,
US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,
AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL
CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID
& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,
GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,
ASSURANCE CONSUMER SERVICES, LLC**                    **DEFENDANTS**

---

### SUMMONS

STATE OF MISSISSIPPI

**F I L E D**

MAR 19 2018

TO:   Global Holdings, LLC
      4500 S. 129th Avenue, Suite 175
      Tulsa, Oklahoma 74134
      Attn: Brent Hampton

EDDIE JEAN CARR, CHANCERY CLERK

BY /. _Simmons_ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990.  Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

        ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of
_March_____, 2018.

                                    CHANCERY CLERK
                                    HINDS COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

By: _T. Simmons_____, D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**

                              **PLAINTIFF**

**V.**                           Cause No. *G-18-371 w/4*

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**        **DEFENDANTS**

---

### SUMMONS

STATE OF MISSISSIPPI

**F I L E D**
MAR 19 2018
EDDIE JEAN CARR, CHANCERY CLERK
BY _T. Simmons_ D.C.

TO:   Global Client Solutions, LLC
      4500 S. 129th Avenue, Suite 175
      Tulsa, Oklahoma 74134
      Attn: Brent Hampton

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand-deliver a copy of a written response to the Complaint to John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111, Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

     You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

     ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of _March_, 2018.

                              CHANCERY CLERK
                              HINDS COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

By: _____ , D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

STATE OF MISSISSIPPI *ex rel.*
JIM HOOD, Attorney General of
the State of Mississippi

**PLAINTIFF**

V.

Cause No. G-18-371-w/4

GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,
US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,
AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL
CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID
& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,
GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,
ASSURANCE CONSUMER SERVICES, LLC

**DEFENDANTS**

---

### SUMMONS

STATE OF MISSISSIPPI

TO:   Assurance Consumer Services, LLC
      3390 Mary Street, Ste 305
      Coconut Grove, Florida 33133
      Attn: Ben McCrery

**FILED**

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK

BY _____ D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990.  Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the 19th day of
March, 2018.



CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: _____, D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**

**PLAINTIFF**

**V.**

Cause No. G-18-371 4/4

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**

**DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:   American Financial Law Group, LLC
      5010 W. Carmen Street, Suite 2640,
      Tampa, FL 33609



MAR 19 2018

EDDIE JEAN CARR CHANCERY CLERK

BY T. Simmons DC

      OR

      American Financial Law Group, LLC
      Jonathan Mitchell,
      5010 W. Carmen Street, Suite 2640
      Tampa, FL 33609

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of _March_, 2018.



CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: ___T. Simmons___ D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**

**PLAINTIFF**

**V.**
Cause No. *G-18-371 w/4*

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**

**DEFENDANTS**

---

### SUMMONS

STATE OF MISSISSIPPI

TO:   Apex Legal Group, P.C.
      500 Ygnacio Valley Road, Ste. 430
      Walnut Creek, CA  94596
      Attn: Mandip S. Purwal

**F I L E D**

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK
BY *T. Simmons* D.C.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111, Jackson, MS 39211-5990.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the *19th* day of
*March*, 2018.



CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: _____T. Simmons_____, D.C.

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI *ex rel.*
JIM HOOD, Attorney General of
the State of Mississippi**                                              **PLAINTIFF**

**V.**                                              Cause No. $G$-18- 371 w/4

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,
US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,
AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL
CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID
& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,
GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,
ASSURANCE CONSUMER SERVICES, LLC**                           **DEFENDANTS**

---

### SUMMONS

---

STATE OF MISSISSIPPI

TO:   Consumer Capital Advocates, LLC
3221 NW 10th Terrace, Suite 502
Oakland Park, Florida 33309

F I L E D

MAR 19 2018

EDDIE JEAN CARR, CHANCERY CLERK

BY: T. Simmons   D.C.

OR

Consumer Capital Advocates, LLC
3221 NW 10th Terrace, Suite 502,
Oakland Park, Florida 33309
Attn: Jenssen Varela

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John Corlew, the attorney for the Plaintiff, whose address is 24450 Old Canton Road, Suite 111,
Jackson, MS 39211-5990. Your response must be mailed or delivered within thirty (30) days
from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the _19th_ day of _March_, 2018.

CHANCERY CLERK
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

By: _____, D.C.



## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.*
**JIM HOOD, Attorney General of**
**the State of Mississippi**                                                      **PLAINTIFF**

**V.**                                                                    **Cause No. G-18-371**

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**                      **DEFENDANTS**

### NOTICE OF APPEARANCE

COMES NOW, Jason Graeber appearing for the Honorable Jim Hood, Attorney General

of the State of Mississippi, on behalf of the State of Mississippi (the "State"), in the above styled

and numbered cause and requests notice of all filings in this case.

RESPECTFULLY SUBMITTED, this the 27th day of March, 2018.

By:  /s/Jason Graeber
Jason Graeber
2496 Pass Road
Biloxi, Mississippi 39531
Telephone: (228) 207-7117
Facsimile: (228) 207-8634
MSB No.: 101267
jason@jasongraeberlaw.com

1

## CERTIFICATE OF SERVICE

I, Jason Graeber, attorney for the State, do hereby certify that I have filed this date, via MEC system, the foregoing notice of appearance, which provides notice to all parties of record.

/s/Jason Graeber
Jason Graeber


SO CERTIFIED, this the 27th day of March, 2018.

/s/Jason Graeber.
Jason Graeber

## PROOF OF SERVICE - SUMMONS AND COMPLAINT

**To:**   **GRT Financial, Inc.**
*STATE OF MISSISSIPPI ex rel. JIM HOOD, Attorney General of the State of Mississippi v. Global Client Solutions, LLC, et al.*, **In the Chancery Court of Hinds County, Mississippi, First Judicial District, Cause No. G-18-371**

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

\_\_\_\_\_   **First Class Mail And Acknowledgment Service**: By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.   *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

**X**   **Personal Service**: I personally delivered copies to CTcorporation on the 28th day of March, 201 8, at approximately 9:00 am. where I found said person(s) in Rankin County of the State of Mississippi.

\_\_\_\_\_   **Residential Service**: After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the \_\_\_ day of _____, 201\_\_\_, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the \_\_\_ day of _____, 201\_\_\_, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

\_\_\_\_\_   **Certified Mail Service**: By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

**Process Server Must List Below:**

Name   Rebecca Newsome
Address   4450 Old Canton Rd. Ste. 111, Jackson, MS 39211
Telephone No.   601 - 366 - 1106

State of Mississippi
County of   HINDS

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named   Rebecca Newsome who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service – Summons and Complaint" are true and correct as therein stated.

_____
Process Server

Sworn to and subscribed before me, this 28th day of March, 2018.

ID # 11768
LINDA R. BOWEN
Commission Expires
Feb. 17, 2021
STATE OF MISS.
NOTARY PUBLIC
RANKIN COUNTY

(Seal)

_____
Notary Public

# IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

Eddie Jean Carr

Chancery Clerk

Chancery Clerk's Office, 316 S. President St.,
Jackson, MS 39201
6019686540

Date: 4/27/2018

| | |
|---|---|
| Clerk: | Valerie Moton |
| Comments: | Copies for the entire case of G2018-371. 45pages at .50 a page |
| Party Responsible for Payment: | Maria Salgado |

| Case No. | Case title | Amount Due |
|---|---|---|
| 25CH1:18-cv-00371 | STATE OF MS ex rel JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MS v. GLOBAL CLIENT SOLUTIONS,LLC et al | $22.50 |



By: Vmoton

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.* **JIM HOOD,**
**Attorney General of the State of Mississippi**                    **PLAINTIFF**

**V.**                                        **CASE NO. 25CH1:18-cv-00371-PDW**

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**                    **DEFENDANTS**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned H. Hunter Twiford III, McGlinchey

Stafford, PLLC, hereby enters his appearance as one of the attorneys of record for the named

Defendant, TIMBERLINE FINANCIAL, LLC, in the above styled and numbered cause.

THIS the 27th day of April, 2018.

Respectfully submitted,

**TIMBERLINE FINANCIAL, LLC**

By:  ___s/ H. Hunter Twiford III_____
H. HUNTER TWIFORD III
One of its Attorneys

**OF COUNSEL:**

H. Hunter Twiford III (MSB No. 8162)
Stephen T. Masley (MSB No. 101870)
**MCGLINCHEY STAFFORD, PLLC**
1020 Highland Colony Parkway, Suite 702
Ridgeland, Mississippi 39157
Phone: (769) 524-2323; (769) 524-2313
Fax: (601) 608-7968; (601) 510-9788
Email: htwiford@mcglinchey.com; smasley@mcglinchey.com

## CERTIFICATE OF SERVICE

I, the undersigned H. Hunter Twiford III, McGlinchey Stafford, PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the MEC system, which sent notification of such filing to the following:

| | |
|---|---|
| John G. Corlew | jcorlew@cmslawyers.com, sbowen@cmslawyers.com, rnewsome@cmslawyers.com |
| Jason Graeber | jason@jasongraeberlaw.com, jasongraeber@hotmail.com, foxie@jasongraeberlaw.com |

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non-MEC participants:

NONE

THIS, the 27th day of April, 2018.

s/ H. Hunter Twiford III<br>
H. HUNTER TWIFORD III

312073.1

2

## IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**STATE OF MISSISSIPPI** *ex rel.* **JIM HOOD,**
**Attorney General of the State of Mississippi**                                          **PLAINTIFF**

**V.**                                                          **CASE NO. 25CH1:18-cv-00371-PDW**

**GLOBAL CLIENT SOLUTIONS, LLC, GLOBAL HOLDINGS, LLC,**
**US LEGAL SERVICES GROUP, P.C., APEX LEGAL GROUP, P.C.,**
**AMERICAN FINANCIAL LAW GROUP, LLC, MOORE LEGAL**
**CENTER, P.C., THE LAW OFFICES OF ROBERT S. GETMEID**
**& ASSOC., PLLC, ROBERT S. GITMEID, TIMBERLINE FINANCIAL, LLC,**
**GRT FINANCIAL, INC., CONSUMER CAPITAL ADVOCATES, LLC,**
**ASSURANCE CONSUMER SERVICES, LLC**                                  **DEFENDANTS**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Stephen T. Masley, McGlinchey Stafford,

PLLC, hereby enters his appearance as one of the attorneys of record for the named Defendant,

TIMBERLINE FINANCIAL, LLC, in the above styled and numbered cause.

THIS the 27th day of April, 2018.

Respectfully submitted,

**TIMBERLINE FINANCIAL, LLC**

By:____s/ Stephen T. Masley_____
        STEPHEN T. MASLEY
        One of its Attorneys

**OF COUNSEL:**

H. Hunter Twiford III (MSB No. 8162)
Stephen T. Masley (MSB No. 101870)
**MCGLINCHEY STAFFORD, PLLC**
1020 Highland Colony Parkway, Suite 702
Ridgeland, Mississippi 39157
Phone: (769) 524-2323; (769) 524-2313
Fax: (601) 608-7968; (601) 510-9788
Email: htwiford@mcglinchey.com; smasley@mcglinchey.com

## CERTIFICATE OF SERVICE

I, the undersigned Stephen T. Masley, McGlinchey Stafford, PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the MEC system, which sent notification of such filing to the following:

| | |
|---|---|
| John G Corlew | jcorlew@cmslawyers.com, sbowen@cmslawyers.com, rnewsome@cmslawyers.com |
| Jason Graeber | jason@jasongraeberlaw.com, jasongraeber@hotmail.com, foxie@jasongraeberlaw.com |

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non-MEC participants:

NONE

THIS, the 27th day of April, 2018.

_____s/ Stephen T. Masley_____
STEPHEN T. MASLEY

312074.1

2